474 A.2d 50

Latham, Appellant, v. Kayati.
Reargument Denied Jan. 19, 1984.

Reargument Nunc Pro Tunc Denied Aug. 1, 1984.

Petition for Allowance of Appeal
Denied June 7, 1984.

Argued May 4, 1983.   Allen L. Feingold, for appellant;  Peter A. Dunn, for appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

Order and judgment affirmed.

469 A.2d 275

Lowenschuss v. Lowenschuss, Appellant.
Reargument Denied Jan. 19, 1984.

Petition for Allowance of Appeal
Denied June 7, 1984.

Argued September 15, 1983.   Jack M. Bernard, for appellant;  Albert Momjian, for appellee.

Before McEWEN, JOHNSON and HESTER, JJ.

Order affirmed.